IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Case No. 2:19cr189

JAVAID PERWAIZ,

Defendant.

**POSITION OF THE DEFENDANT, JAVAID PERWAIZ, WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the Defendant, Javaid Perwaiz ("Perwaiz"), by counsel and states as follows for his position on sentencing:

The Defendant and counsel have reviewed and discussed the pre-sentence report and sentencing guidelines. Counsel and the Defendant agree that Part C, paragraphs 108 through 158 accurately set forth Dr. Perwaiz's personal, educational, employment, health and financial background.

Counsel and the Defendant also agree that Dr. Perwaiz's criminal history is correctly stated in Part B, paragraphs 101 through 107.

The Defendant pled not guilty to all of the counts against him in the indictment and maintains that his convictions are factually and legally unsubstantiated. The Defendant testified at trial in his own defense and denied violating any laws. The Defendant objects to all the information in the pre-sentence report under part A which encompasses paragraphs

1 through 100. The Defendant objects to all of the factual matters set forth in the pre-sentence report, specifically, all matters that state he was involved in Health Care Fraud, Health Care Fraud (Resulting in Serious Bodily Injury) and False Statements Related to Health Care Matters.

The Defendant also objects to the guidelines and all enhancements in that he maintains that he is not guilty of the offenses he was convicted of and should not be given any sentence.

The Defendant specifically does not waive any issues objected to at trial, in post trial motions, and preserves all objections set forth in this position paper and in the motions filed during the entire case.

Due to the fact that the Defendant maintains his innocence, counsel is not requesting any particular sentence. Both counsel and the Defendant understand that the Court is required to impose a sentence that takes into account all the 18 U.S.C. § 3553 factors and that the Court will rely on the jury verdict and the pre-sentence report in determining the sentence.

Counsel requests that the Defendant be placed at a facility that can provide needed medical treatment.

Respectfully submitted,

JAVAID PERWAIZ

_____/ s /_____
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar #21756
Attorney for the Defendant

Javaid Perwaiz
Ruloff, Swain, Haddad, Morecock,
  Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email address: lwoodward@srgslaw.com


_____/ s /_____
Emily Meyers Munn, Esquire
Virginia State Bar No.: 46390
Attorney for the Defendant
  Javaid Perwaiz
Emily M. Munn, PC
233 East City Hall, Suite 318
Norfolk, VA 23510
Telephone No.: (757) 619-1060
Facsimile No.: (757)
Email: emily@emilymunn.law


## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Elizabeth M. Yusi, Esquire
E. Rebecca Gantt, Esquire
Joseph F. Butler, Esquire
Assistant United States Attorney
Attorney for the United States
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Phone: 757/441-6331
Fax: 757/441-6689

Email address:  Elizabeth.yusi@usdoj.gov
Rebecca.Gantt@usdoj.gov
John.F.Butler@usdoj.gov

_____/ s /_____
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar #21756
Attorney for the Defendant
 Javaid Perwaiz
Ruloff, Swain, Haddad, Morecock,
 Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email address: lwoodward@srgslaw.com

_____/ s /_____
Emily Meyers Munn, Esquire
Virginia State Bar No.: 46390
Attorney for the Defendant
 Javaid Perwaiz
Emily M. Munn, PC
233 East City Hall, Suite 318
Norfolk, VA 23510
Telephone No.: (757) 619-1060
Facsimile No.: (757)
Email: emily@emilymunn.law